## UNITED SHOE MACHINERY CORP. *v.*
## UNITED STATES.

No. 394.   Argued April 26–27, 1954.—Decided May 17, 1954.

*John L. Hall, Robert Proctor* and *Claude R. Branch* argued the cause for appellant.   With them on the brief were *Walter Powers, John B. Reigeluth* and *Conrad W. Oberdorfer.*

*Ralph S. Spritzer* argued the cause for the United States.   With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Barnes, Marvin E. Frankel, Margaret H. Brass* and *C. Worth Rowley.*

PER CURIAM.

The case having been fully argued and the Court being satisfied that the findings are justified by the evidence and support the decree, the judgment is affirmed.

MR. JUSTICE JACKSON and MR. JUSTICE CLARK did not participate in the consideration or decision of this case.